IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TIMOTHY PAUL MUEGGE,** | : | |
| Petitioner, | : | |
| VS. | : | NO. 5:99-CR-23 (CAR) |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | : | |

## RECOMMENDATION

Before the Court is Petitioner Timothy Paul Muegge's Motion for Release from Sex Offender Registration. Doc. 51. Because this Court does not retain jurisdiction to release Petitioner from the obligations of the State of Georgia Sex Offender Registration Program, it is hereby **RECOMMENDED** that Petitioner's motion be **DENIED**.

Pursuant to O.C.G.A. § 42-1-19, an individual required to register as a sex offender under the State of Georgia State Sex Offender Registration Program may petition for release from registration requirements if the individual has completed all terms of the sentence for which he was required to register and meets the criteria set forth in O.C.G.A. § 17-10-6.2. O.C.G.A. § 42-1-19(a)(4).

Although it appears from Plaintiff's motion that he meets the requirements of O.C.G.A. §§ 42-1-19 and 17-10-6.2, Plaintiff must bring his motion before a

superior court in the State of Georgia. A petition for release must be filed in the superior court of the jurisdiction in which the individual was convicted or the superior court in the county where the individual resides. O.C.G.A. § 42-1-19(b). This Court, therefore, does not retain jurisdiction to entertain Petitioner's petition for release.

    **SO RECOMMENDED**, this 21st day of March, 2012.

                                                    s/ Charles H. Weigle
                                                    Charles H. Weigle
                                                    United States Magistrate Judge